**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 97-6582**

———————

WILLIAM RAY WARD,

Petitioner - Appellant,

versus

ROBERT E. WARD, Warden; ATTORNEY GENERAL OF
THE STATE OF SOUTH CAROLINA,

Respondents - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  Henry M. Herlong, Jr., District
Judge.  (CA-96-1712-2-20AJ)

———————

Submitted:  April 16, 1998          Decided:  April 28, 1998

———————

Before WILKINS and HAMILTON, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

William Ray Ward, Appellant Pro Se.  Robert F. Daley, Jr., Assis-
tant Attorney General, Columbia, South Carolina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

William Ray Ward seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West Supp. 1997). We have reviewed the record and the district court's opinion accepting in part the recommendation of the magistrate judge and find no reversible error. Accordingly, as to the merits of Ward's claims, we deny a certificate of appealability and dismiss on the reasoning of the district court. Ward v. Ward, No. CA-96-1712-2-20AJ (D.S.C. Mar. 24, 1997). Because Ward's petition is meritless, we decline to address the retroactivity of the statute of limitations enacted in the Antiterrorism and Effective Death Penalty Act of 1996, Pub. L. No. 104-132, 110 Stat. 1214. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2